**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PHARMEDIUM SERVICES, LLC, | |
| Plaintiff, | Civil Action No.: |
| v. | **COMPLAINT** |
| US COMPOUNDING, INC. | **JURY TRIAL DEMANDED** |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff PharMEDium Services, LLC ("PharMEDium"), by and through its attorneys, K&L Gates LLP, brings this action against Defendant US Compounding, Inc. ("UCI") to obtain preliminary and permanent injunctive relief, actual damages, treble damages, attorneys' fees, and costs for UCI's infringement of PharMEDium's patent.

### NATURE OF THE ACTION

1.  This is an action arising under the patent laws of the United States, 35 U.S.C. §§ 1 et seq., and is brought by PharMEDium against UCI for UCI's infringement of U.S. Patent No. 7,918,830 ("the '830 Patent").

### THE PARTIES

2.  PharMEDium Services, LLC is a Delaware limited liability company with its principal place of business at Two Conway Park, 150 North Field Drive, Suite 350, Lake Forest, Illinois 60045.

3.  On information and belief, UCI is an Arkansas corporation with its principal place of business at 1270 Don's Lane, Conway, Arkansas 72032.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States.

5. This Court has general and specific personal jurisdiction over UCI.

6. UCI is licensed in Illinois. Specifically, since 2005, UCI has maintained a controlled substance license and a pharmacy license in Illinois.

7. UCI, on information and belief, has continuous and systematic contacts in Illinois, including within this Judicial District, by way of UCI's advertisement and promotion of its products, sales of UCI products, and distribution of UCI products.

8. UCI, on information and belief, has committed acts of infringement in this Judicial District in violation of 35 U.S.C. § 271 by placing infringing products into the stream of commerce with the knowledge or understanding that such products will be sold and used in this Judicial District, and by offering its infringing products for sale in this Judicial District on its website ([www.uscompounding.com](www.uscompounding.com)).

9. Venue is proper in this Court under 28 U.S.C. § 1391(b) and 1400(b).

## FACTUAL BACKGROUND

10. PharMEDium incorporates Paragraphs 1 through 9 of its Complaint as if fully set forth herein.

11. PharMEDium is one of the nation's leading providers to hospitals of pre-mixed specialty medications.

12. PharMEDium invests heavily in research and development of drug therapies, drug dispensing and emerging technologies.

13. PharMEDium provides labeling strategies and innovations that improve readability and safety, minimizing the chance of drug administration errors that can result in harm to patients.

14. In 2008, PharMEDium developed a drug administration safety device to minimize errors in the administration of medications.

### UCI's Infringing Products

15. PharMEDium incorporates Paragraphs 1 through 14 of its Complaint as if fully set forth herein.

16. UCI is a compounding-only pharmacy that provides compounded medications throughout the United States.

17. Among the products UCI provides is the prescription drug Ephedrine Sulfate. The label for Ephedrine Sulfate 5mg/mL is shown below:



18. The product depicted above in Paragraph 18 infringes the '830 Patent.

### INFRINGEMENT OF U.S. PATENT NO. 7,918,830

19. PharMEDium incorporates Paragraphs 1 through 18 of its Complaint as if fully set forth herein.

20. On April 5, 2011, the United States Patent and Trademark Office duly and legally issued the '830 Patent, entitled "Safety Device for Drug Delivery Devices and Containers" A copy of the '830 Patent is attached as Exhibit A.

21. PharMEDium is the owner, by assignment, of the '830 Patent.

22. UCI has infringed and is infringing, either literally or under the doctrine of equivalents, the '830 Patent by making, using, offering to sell, and/or selling within the United States, and/or importing into the United States, without authority, syringe labels and/or syringes with labels including but not limited to labels such as the label depicted in Paragraph 18 of the Complaint.

23. The UCI products infringe at least Claims 1, 4, and 7 of the '830 Patent.

24. PharMEDium has been and continues to be damaged by UCI's infringement of the '830 Patent, in an amount to be determined at trial.

25. PharMEDium has suffered irreparable injury for which there is no adequate remedy at law and will continue to suffer such irreparable injury unless UCI's infringement of the '830 Patent is preliminarily and permanently enjoined by this Court.

26. Upon information and belief, UCI's infringement of the '830 Patent is, and has been, willful.

27. UCI's infringement of the '830 Patent is exceptional, and thus, pursuant to 35 U.S.C. §285, PharMEDium is entitled to its reasonable attorneys' fees and costs incurred in prosecuting this action.

**RELIEF REQUESTED**

WHEREFORE, PharMEDium prays for the following judgment and relief against UCI:

A. That UCI has infringed the '830 Patent;

- 5 -

B. That UCI, its officers, agents, and employees, and those persons in active concert or participation with any of them, and their successors and assigns be preliminarily and permanently enjoined from infringement of the '830 Patent, including but not limited to an injunction against making, using, offering to sell, and selling within the United States, and importing into the United States, any products covered by the '830 Patent;

C. That PharMEDium be awarded all damages adequate to compensate it for UCI's infringement of the '830 Patent, such damages to be determined by a jury, and if necessary to adequately compensate PharMEDium for the infringement, an accounting and treble damages as a result of UCI's willful infringement;

D. That PharMEDium be awarded pre-judgment and post-judgment interest at the maximum rate allowed by law;

E. That this case be declared an exceptional case within the meaning of 35 U.S.C. § 285 and that PharMEDium be awarded its reasonable attorney fees, expenses, and costs incurred in connection with this action; and

F. That PharMEDium be awarded such other and further relief as this Court deems just and proper.

**JURY DEMAND**

PharMEDium hereby demands a trial by jury on all issues so triable.

Dated: May 14, 2014              Respectfully submitted,

                                              /s/ Jason Engel

                                              Jason A. Engel
                                              jason.engel@klgates.com
                                              Kacy L. Dicke
                                              kacy.dicke@klgates.com
                                              K&L GATES LLP
                                              70 W. Madison St., Suite 7170
                                              Chicago, IL  60602
                                              Tel: (312) 372-1121
                                              Fax:  (312) 827-800


                                              **ATTORNEYS FOR PLAINTIFF PHARMEDIUM SERVICES, LLC**